**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

November 30, 2015

Hon. Anne Lorentzen
District Clerk
901 Leopard St., Suite 313
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Re:       Cause No. 13-14-00308-CR
Tr.Ct.No.  10CR2815-F
Style:    Cipriano Gonzalez v. The State of Texas

The judgment of the trial court was AFFIRMED by this Court on the 9th day of July, 2015.  The mandate is enclosed.

Tex R. App. P. 51.2(a)(1) provides that the clerk of the trial court shall send an acknowledgment to the clerk of the appellate court of the receipt of the mandate.  Please review the requirements of Tex. R. App. P. 51.2(b) regarding the issuance of a capias in cases in which the trial court's judgment is affirmed and the defendant is not in custody.

Please sign the attached acknowledgment of receipt of the mandate and submit through the TAMES Records Submission Portal (RSP) as soon as possible.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   Hon. Mark Skurka (DELIVERED VIA E-MAIL)
      Hon. Douglas K. Norman (DELIVERED VIA E-MAIL)
      Hon. Randall E. Pretzer (DELIVERED VIA E-MAIL)

---

I hereby acknowledge receipt of the mandate in cause no. 13-14-00308-CR this

_____ day of _____, 2015.

District/County Clerk,

By :_____